1  JAMES P. C. SILVESTRI, ESQ.
   Nevada Bar No. 3603
2  PYATT SILVESTRI
   701 Bridger Avenue, Suite 600
3  Las Vegas, Nevada 89101
   (702) 383-6000 / (702) 477-0088 (fax)
4  jsilvestri@pyattsilvestri.com
5  *Attorney for Defendant,*
   *ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY*
6

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9  JASON LANGLEY, an individual; JOY
   LANGLEY, an individual,                      CASE NO.:  2:22-cv-00895-RFB-EJY
10
                    Plaintiff,
11
   vs.
12
   ALLSTATE FIRE AND CASUALTY
13 INSURANCE COMPANY, a foreign
   corporation; DOES I through X; and ROE
14 CORPORATIONS I through X, inclusive,
15                  Defendants.

16

17          **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

18          IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto,

19 through their respective counsel of record, that the above-referenced matter shall be dismissed,

20 with prejudice, each party to bear its own fees and costs.

21 DATED this 17th day of January, 2023.        DATED this 17th day of January, 2023.

22
   CLAGGETT & SYKES                             PYATT SILVESTRI
23

24  _____                  /s/ James P. C. Silvestri
   BRIAN BLANKENSHIP, ESQ.                      JAMES P. C. SILVESTRI, ESQ.
25 Nevada Bar No. 11522                         Nevada Bar No. 3603
   4101 Meadows Lane, Ste. 100                  701 Bridger Ave., Suite 600
26 Las Vegas, NV 89107                          Las Vegas, NV 89101
   joey@claggettlaw.com                         jsilvestri@pyattsilvestri.com
27 Attorney for Plaintiff                       Attorneys for Defendant,
                                                ALLSTATE PROPERTY AND
28                                              CASUALTY INSURANCE COMPANY

## ORDER

Pursuant to the foregoing Stipulation and good cause appearing it is hereby

ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same hereby is, dismissed with prejudice, each party to bear its own costs.

RICHARD E. BOULWARE, II
**United States District Court**
DATED this 20th day of January, 2023.

Respectfully submitted by:

PYATT SILVESTRI

/s/ James P. C. Silvestri
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar. No. 3603
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
jsilvestri@pyattsilvestri.com
Attorneys for Defendant,
ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>ATTESTATION OF CONCURRENCE IN FILING</u>

I hereby attest and certify that on January <u>17th</u>, 2023, I received concurrence from Plaintiff's counsel, Brian Blankenship, Esq., to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this <u>17th</u> day of January, 2023.

/s/ James P. C. Silvestri
JAMES P. C. SILVESTRI
Nevada Bar No. 3603
